POWER & LIGHT CO. v. MERRITT

No. 9PC

Case below: 50 N.C. App. 269

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 March 1981.


RAMSEY v. RUDD

No. 183PC

Case below: 49 N.C. App. 670

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 March 1981.


STATE v. DUERS

No. 131PC

Case below: 49 N.C. App. 282

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 March 1981.


STATE v. GOODMAN

No. 1PC

Case below: 50 N.C. App. 212

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 March 1981.


STATE v. KING

No. 170PC

Case below: 49 N.C. App. 499

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 March 1981.